IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DR. ANDREW W. CAMPBELL d/b/a MEDICAL CENTER FOR IMMUNE & TOXIC DISORDERS, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:05-CV-165 |
| V. | § § | |
| EXXONMOBIL MEDICAL PLAN, | § § § | |
| Defendant. | § | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration (Doc. No. 73). The parties have made no objections to the Report and Recommendations. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is **ORDERED** that Defendant Exxonmobil Medical Plan's Motion for Summary Judgment (Doc. No. 56) be **GRANTED** and Plaintiff Dr. Andrew W. Campbell's Cross-Motion for Summary Judgment (Doc. No. 61) be **DENIED**.

**So ORDERED and SIGNED this 31st day of May, 2007.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**